**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Ventress Corr. Fac.
    P.O. Box 767
    Clayton AL 36016
    Attn: J.C. Giles, Warden
    petition + each #2   (20) franchise    Price

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Ollie Mason_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Ollie Mason
C. Date of Delivery: 03-16-06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
   7003 2260 0005 4584 5432

PS Form 3811, February 2004   Domestic Return Receipt   06-236   102595-02-M-1540