## INDICTMENT

### THE STATE OF ALABAMA

**Pike County**

### IN CIRCUIT COURT

**MARCH TERM, 2002**

**The Grand Jury of said County charge that before the finding of this indictment that**

KENNY PRICE

**whose name is to the Grand Jury otherwise unknown,**

did unlawfully sell, furnish, give away, manufacture, deliver or distribute a controlled substance, to-wit: METHAMPHETAMINE, in violation of Section 13A-12-211 of the Code of Alabama, Against the Peace and Dignity of the State of Alabama; and,

### OFFENSE 2

The Grand Jury of said County charge that before the finding of this indictment that KENNY PRICE whose name is to the Grand Jury otherwise unknown, did unlawfully sell, furnish, give away, manufacture, deliver or distribute a controlled substance, to-wit: METHAMPHETAMINE, in violation of Section 13A-12-211 of the Code of Alabama, Against the Peace and Dignity of the State of Alabama; and,

### OFFENSE 3

The Grand Jury of said County charge that before the finding of this indictment that KENNY PRICE whose name is to the Grand Jury otherwise unknown, did unlawfully sell, furnish, give away, manufacture, deliver or distribute a controlled substance, to-wit: METHAMPHETAMINE, in violation of Section 13A-12-211 of the Code of Alabama,

Against the Peace and Dignity of the State of Alabama

Mark E. Fuller, District Attorney for the
Twelfth Judicial Circuit

GRAND JURY NO.    02-62,63,64

## A TRUE BILL

_____
GRAND JURY FOREPERSON

Presented in open Court by the Foreperson of the Grand Jury in the presence of at least twelve other members of the Grand Jury.

Brenda M. Peacock, Clerk of the Circuit Court of Pike County, Twelfth Judicial Circuit of Alabama. Filed this the _____ day of _____, 2002.

_____

...il in each offense in this indictment is fixed at $ _10,000.00 each_ for a total bail for this indictment of $ _30,000.00_  .

[    ]  Continuing bond

_____
Judge Presiding

THE STATE OF ALABAMA
PIKE COUNTY

CIRCUIT COURT
MARCH   TERM, 2002

THE STATE
vs.

KENNY PRICE

## OFFENSE(S)
OFFENSES 1, 2 & 3: DISTRIBUTION OF A CONTROLLED SUBSTANCE, METHAMPHETAMINE

## INDICTMENT

# IN THE SUPREME COURT OF ALABAMA



August 13, 2004

**1030509**

Ex parte Kenny Price. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Kenny Price v. State of Alabama) (Pike Circuit Court: CC02-134; CC02-136; Criminal Appeals : 020947).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

BROWN, J., - Nabers, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this *13th* day of *August,* *2004*

*Robert G Esdale Sr*

Clerk, Supreme Court of Alabama

/hh