IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH PRICE, #150784, ) | |
| a.k.a., KENNY PRICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-236-WKW |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon review of the document filed by the petitioner on March 28, 2006 (Court Doc. No. 5), which the court construes as a motion to amend since it contains additional claims for relief, and for good cause, is

ORDERED that the motion to amend be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from April 4, 2006 to and including April 19, 2006 to file an answer addressing the claims presented in the petition and the amendment thereto.

DONE, this 31st day of March, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE