IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DITRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH PRICE, #150784, a.k.a. KENNY PRICE | ) ) ) | |
| PETITIONER, | ) ) ) | |
| VS. | ) ) | CIVIL ACTION NO. 2:06-cv-236-WKW |
| J. C. GILES, et al., | ) ) | |
| RESPONDENTS. | ) | |

## REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request an additional fourteen days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for fourteen additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to attorney for the Petitioner.

                          Respectfully submitted,

                          s/Jean-Paul M. Chappell (CHA073)
                          Jean-Paul M. Chappell (CHA073)
                          Office of the Attorney General
                          Alabama State House
                          11 South Union
                          Montgomery, AL  36130-0152
                          Telephone:  (334)  242-7300
                          Fax:  (334) 242-2848
                          E-Mail: jchappell@ago.state.al.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Kenneth Price, AIS #150784, Ventress Correctional Facility, P. O. Box 767, Clayton, Alabama 36016</u>.

                                      Respectfully submitted,

                                      s/Jean-Paul M. Chappell (CHA073)
                                      Jean-Paul M. Chappell (CHA073)
                                      Office of the Attorney General
                                      Alabama State House
                                      11 South Union
                                      Montgomery, AL 36130-0152
                                      Telephone: (334) 242-7300
                                      Fax: (334) 242-2848
                                      E-Mail: jchappell@ago.state.al.us

123101/92600-001