IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2006 MAY -4  A 10: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| KENNETH PRICE AIS# 150784 a.k.a., KENNY PRICE, Petitioner, v. J.C. GILES, et al., Respondents. | ) ) ) ) ) ) ) CIVIL ACTION NO. ) 2:06-CV-177-WKW ) 2:06CV236-WKW ) ) ) |

## SUBMISSION OF EXHIBITS
## IN SUPPORT OF
## RESPONDENTS' ANSWER

Come now the Respondents in the above-styled cause, by and through the Attorney General for the State of Alabama, and submit Exhibits A-I in support of Respondents' Answer filed on May 3, 2006.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By:

Jean-Paul M. Chappell
*Assistant Attorney General*

SCANNED
JP 5/4/06

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2006, I served a copy of the foregoing (excluding exhibits) on Price, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Kenneth Price
AIS #150784
P.O. Box 767
Clayton, Alabama 36016-0767

/s/ Jean-Paul M. Chappell
Jean-Paul M. Chappell
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848

128118