EXHIBIT "A" TO THE SUBMISSION OF EXHIBITS IN SUPPORT OF RESPONDENTS' ANSWER IS NOT SCANNED.

IT IS FILED IN CONVENTIONAL FORMAT AND AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE.