# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA

**Lane W. Mann**
Clerk
**Wanda K. Ivey**
 Assistant Clerk



P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

*Chappell*
*50962*

December 12, 2003

**CR-02-0947**

Kenny Price v. State of Alabama  (Appeal from Pike Circuit Court: CC02-134; CC02-136).

## <u>NOTICE</u>

    You are hereby notified that on December 12, 2003 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

    Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

**cc:** Hon. Brenda M. Peacock, Circuit Clerk
    Lloyd W. "Will" Carr, Attorney
    Kenny Price, Pro Se
    Jean-Paul M. Chappell, Asst. Atty. Gen.

**EXHIBIT**

F

PENGAD 800-631-6989