Chappell
50962

# IN THE SUPREME COURT OF ALABAMA



August 13, 2004

**1030509**

Ex parte Kenny Price. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Kenny Price v. State of Alabama) (Pike Circuit Court: CC02-134; CC02-136; Criminal Appeals : 020947).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

**Writ Denied - No Opinion**

BROWN, J., - Nabers, C.J., and See, Harwood, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 13th day of August, 2004

*Robert G Esdale Sr*
Clerk, Supreme Court of Alabama



EXHIBIT H

/bb