IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JUN -1  A 9: 50

Kenneth Price,

    Petitioner,

vs.

J.C. Giles, et al.,

    Respondents

CIVIL ACTION NO. 2:06-CV-236-WKW (WO)

### REQUEST FOR ADDITIONAL TIME IN WHICH TO OBJECT

COMES Now the Petitioner in the above styled cause, requesting an additional twenty (20) days in which to file an objection to the Magistrate's Recommendation of Dismissal on May 17, 2006. In support of said Request Petitioner shows as follows:

(1) The law materials available to Petitioner are limited for the the week of May 21 - May 28, 2006 due to off campus training assignment of the Law Librarian at Ventress Correctional Facility; and

(2) Petitioner must submit copies of documents and records that substantiate Petitioner's exhaustion of remedies in the State Courts in which the State of Alabama has withheld from the record.

(3) Petitioner must obtain said copies from his personal file at his home before being able to properly file his objection and documents to this Court.

WHEREFORE, in consideration of the foregoing reasons Petitioner requests that this Court grant an additional twenty (20) days in which Petitioner may file his objection.

Respectfully submitted this _31_ day of _May_, 2006.

_Kenneth Price_
Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the U.S. Postal Service Box postage prepaid to be mailed to the following parties on this _31_ day of _May_, 2006.

_Kenneth Price_
Petitioner

(1) Clerk of the U.S. District Court
    for the Middle District of Alabama

(2) The Alabama Office of the Attorney General