IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 AUG 22 A 9: 45

| | |
|---|---|
| Kenneth Price, | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 2:06-CV-236-WKW |
| J.C. Giles, et al., | * |
| Respondents. | * |

RE:  **CLERK OF COURT**

**REQUEST FOR COPIES OF EXHIBIT**

Petitioner having filed for a Writ of Habeas Corpus into this Court in the above referenced cause and this Court's having ordered that Petitioner respond to the State's Answer on or before August 28, 2006. And Petitioner in preparation of same has discovered that the Writ of Certiorari to the Alabama Supreme Court that Petitioner was in possession of has been lost or misplaced.

Petitioner submitted said Writ of Certiorari as an exhibit to this Court on June 14, 2006, in the "Objection to the Magistrate's Recommendation of Dismissal" marked as Exhibit "J." Petitioner retained a copy of said Exhibit, however has not been able to locate this Exhibit which is detrimental to the Petitioner's preparation for the Response ordered by this Court.

Petitioner respectfully requests that the Clerk please mail a copy of this Exhibit "J" to him so he may prepare his Response to this Honorable Court, and to notify the Petitioner of any expenses the Clerk's Office may impose upon him concerning this request.

Petitioner apologizes to the Clerk for this burdensome request. However, requests that the Clerk consider the time period imposed by the Court when notifying Petitioner of the fees involved.

   Due to the time period imposed by the Court for Petitioner to file his Response and the inability to prepare without the requested exhibit, Petitioner may be forced to file for an extension of time however, will await a response from your very respected office.

Respectfully requested this 21 day of August, 2006.


                                          Sincerely,

                                          *Kenneth Price*
                                          Kenneth Price, Petitioner, pro se


### CERTIFICATE OF SERVICE

   I hereby certify that I have mailed a true copy of the foregoing by placing a copy of the same in the United States Postal service Box, postage prepaid on the following parties this 21 day of August, 2006.

Parties Served:

(1) Clerk of the U.S. District Court
    for the Middle District of Alabama

(2) Alabama Office of the Attorney General

                                          *Kenneth Price*
                                          Kenneth Price, Petitioner, pro se