IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH PRICE, #150784, ) | |
| a.k.a., KENNY PRICE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-236-WKW |
| ) | |
| J. C. GILES, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for copies filed by the petitioner on August 22, 2006 (Court Doc. No. 26), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The Clerk is hereby DIRECTED to provide the petitioner with a copy of Exhibit J to his June 16, 2006 objection (Court Doc. No. 18-2 pp. 19-30). It is further

ORDERED that the petitioner be GRANTED an extension from August 28, 2006 to and including September 7, 2006 to file a response in compliance with the order entered on August 14, 2006.

DONE, this 23rd day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE