IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 SEP -6 A 9: 14

| | |
|---|---|
| Kenneth Price, AIS #150784, | * |
| Petitioner, | * |
| v. | *   CIVIL ACTION NO. 2:06-CV-236-WKW |
| J.C. Giles, et al., | * |
| Respondents. | * |

### REQUEST FOR ADDITIONAL TIME

COMES NOW Petitioner in the above styled cause, requesting an additional twenty (20) days in which to respond to this Court's Order dated August 14, 2006.

Petitioner must rely on other inmates for preparation of his response and additional time is needed to prepare. The Law Library will be closed an undisclosed amount of time due to the Labor Day Weekend and much needed time will be lost to this action.

Wherefore, in consideration of the foregoing reasons Petitioner respectfully requests this Court grant this request of twenty (20) additional days in which to respond.

Respectfully submitted this __1__ day of September, 2006.

_Kenneth Price_
Kenneth Price, Petitioner

### CERTIFICATE OF SERVICE

I hereby certify that I have placed a true copy of the foregoing in the U.S. Mail Service Box postage prepaid to be mailed to the following parties on this __1__ day of September, 2006.

(1) Clerk – United States District
Court for the Middle District
of Alabama

(2) The Alabama Office of the
Attorney General

_Kenneth Price_
Kenneth Price, Petitioner