IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH PRICE, #150784, ) | |
| a.k.a., KENNY PRICE, ) | |
|  ) | |
| Petitioner, ) | |
|  ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-236-WKW |
|  ) | |
| J. C. GILES, et al., ) | |
|  ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on September 6, 2006 (Court Doc. No. 28), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from September 7, 2006 to and including September 27, 2006 to file a response in compliance with the order entered on August 14, 2006 (Court Doc. No. 25).

DONE, this 11th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE