IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH PRICE AIS # 150784, a.k.a. KENNY PRICE, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. 2:06-CV-236-WKW [WO] ) |
| J. C. GILES, *et al.*, | ) ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is the ORDER, JUDGMENT and DECREE that this case is dismissed with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of March, 2009.

                                                /s/  W.  Keith Watkins
                                                UNITED STATES DISTRICT JUDGE